UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SAM JUNIK
on behalf of himself and
all other similarly situated consumers

                Plaintiff,

-against-

RETRIEVAL-MASTERS CREDITORS BUREAU INC.
D/B/A AMERICAN MEDICAL COLLECTION AGENCY

                Defendant.

---

Case No.

1:17-cv-06727-ILG-PK

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for Plaintiff and Defendant that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the instant lawsuit is dismissed with prejudice with each side to bear its own costs and fees.

| | |
|---|---|
| Dated: Brooklyn, New York<br>May 13, 2018 | Dated: New York, New York<br>May 13, 2018 |
| /s/ Maxim Maximov<br>Maxim Maximov, Esq.<br>Maxim Maximov, LLP<br>Attorney for the Plaintiff<br>1701 Avenue P<br>Brooklyn, New York 11229<br>Office: (718) 395-3459<br>Facsimile: (718) 408-9570<br>E-mail: m@maximovlaw.com | /s/ Han Sheng Beh<br>Han Sheng Beh, Esq.<br>Hinshaw & Culbertson LLP<br>Attorney for the Defendant<br>800 Third Avenue, 13th Floor<br>New York, New York 10022<br>Office: (212) 471-6200<br>Fax: (212) 935-1166<br>E-mail: hbeh@hinshawlaw.com |

So Ordered
s/ ILG    USDJ
5/15/18